# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

LINDA D. POOS,                    )
                                  )
                 Plaintiff,       )
                                  )
v.                                )   No. 07-0107-CV-W-FJG-SSA
                                  )
MICHAEL J. ASTRUE,                )
Commissioner, Social Security     )
Administration                    )
                                  )
                 Defendant.       )

# ORDER

Currently pending before the Court is defendant's Motion to Remand (Doc. No. 2). Plaintiff has not filed any opposition to defendant's motion. Defendant moves to remand this case to the Commissioner for further administrative action pursuant to sentence 6 of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Defendant states that before the answer was filed in this case, the Appeals Council of the Social Security Administration determined that the claims file containing the ALJ's decision could not be located, preventing the preparation of a proper court record. Defendant states that upon remand, the Appeals Council will continue to search for the claim file and if it is determined that they are lost, the Appeals Council will begin the reconstruction process.

For good cause shown and with no opposition from plaintiff, defendant's Motion to Remand (Doc. No. 2) is hereby **GRANTED**. This case is hereby **REMANDED** to the Defendant, pursuant to sentence 6 of 42 U.S.C. § 405(g).

Date:  5/11/07                    **/S/ FERNANDO J. GAITAN JR.**
Kansas City, Missouri            Fernando J. Gaitan Jr.
                                 United States District Judge